INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

1:23-cv-02067-JRS-MJD

| | |
|---|---|
| **Joshwa Carlisle** | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| **see attached** | **FILED** |
| *Defendant(s)* | NOV 16 2023 |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**I.  Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[x] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[x] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[x] Relevant state law *(specify, if known)*:

[x] Relevant city or county law *(specify, if known)*:

**II.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Joshwa Carlisle |
   | Street Address | 11640 High Grass Drive |
   | City and County | Indianapolis Marion |
   | State and Zip Code | Indiana 46235 |
   | Telephone Number | 3172174555 |
   | E-mail Address | joshcarlisle60@gmail.com |

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, a corporation, or another entity. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Indiana University Purdue University Indianapolis
- Job or Title (if known):
- Street Address: 420 University Blvd
- City and County: Indianapolis Marion
- State and Zip Code: Indiana 46202
- Telephone Number: 3172745555
- E-mail Address (if known):

Defendant No. 2
- Name: IUPUI Board of Trustees
- Job or Title (if known):
- Street Address: 420 University Blvd
- City and County: Indianapolis Marion
- State and Zip Code: Indiana 46202
- Telephone Number: 3172745555
- E-mail Address (if known):

Defendant No. 3
- Name: Pamela Whitten
- Job or Title (if known): President
- Street Address: 420 University Blvd
- City and County: Indianapolis Marion
- State and Zip Code: Indiana 46202
- Telephone Number: 3172745555
- E-mail Address (if known):

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Indiana University Purdue University Indianapolis |
| Street Address | 420 University Blvd |
| City and County | Indianapolis Marion |
| State and Zip Code | Indiana 46202 |
| Telephone Number | 3172745555 |

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

04JAN22

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

| | | |
|---|---|---|
| [X] | race | Indigenous |
| [X] | color | Brown |
| [X] | gender/sex | Male |
| [ ] | religion | |
| [ ] | national origin | |
| [X] | age *(year of birth)* | 1988  *(only when asserting a claim of age discrimination.)* |
| [X] | disability or perceived disability *(specify disability)* | |
| | PTSD | |

E. The facts of my case are as follows. Attach additional pages if needed.

04JAN23 Joshwa Carlisle was terminated from employment without being offered due process. Reasons for termination were Carlisle allegedly quit his paid internship during a conversation with Mrs. Natasha Thomas (supervisor) and Mr. Frederick Perkins (teacher). This alleged interaction took place via Zoom Meeting on 15DEC22. Austin Pittman, another intern (white) had a meeting with Mrs. Thomas as well but Mr. Perkins didn't attend his. Carlisle requested a third-party to be present during this conversation. The second reason given for termination was Carlisle allegedly stated Mrs. Thomas has "daddy issues" in this conversation. In fact Mrs. Thomas stated Carlisle "has deep rooted issues with women that might stem from issues with your mother." Carlisle has an audio recording of this interaction and third party witness to challenge the validity of Mrs. Thomas's claims. These facts are known to IUPUI but this institution has refused to engage in due process. 15DEC22 email was sent to Mrs. Meganne Masko (Program Coordinator) asking for a conversation because Carlisle was deeply hurt by traumatic events that had transpired. 16DEC22 Mrs. Masko responds "we will speak in New Year" but the next communication with her was an expulsion/termination letter 04JAN23. 18DEC22 Carlisle asks Mrs.Debra Burns (Chairwoman) to speak with Dean, she responds inquiring the nature of request, knowing program was actively attempting to expel Carlisle. Mrs. Masko, Burns and Thomas were aware that Carlisle is a high school dropout, and that he ended 16 years military service in preparation to continue with paid internship. During employment Mrs. Thomas repeatedly attempted to diagnose Carlisle as emotionally dysregulated, which she is not licensed or qualified to do so. During his tenure Carlisle cried in the presence of Mrs. Thomas and she visibly became angry however, two white students (Austin Pittman and Delaney Wilson) cried and Mrs. Thomas offered them compassion. IUPUI retaliated against Carlisle when he was expelled from the Engineering&Technology Department 30MAY23. During appeal Carlisle has repeatedly requested the ability to speak with the President, Chancellor, Board of Trustees and the Dean. IUPUI as a whole has acted with deliberate disregard to his rights to due process, facing his accused, freedom of speech and discrimination.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

19JUL23

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*   21AUG23

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.

☐ 60 days or more have not elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Conferral of MT Degree. 2. $113,000,000 for damages of complete failure of due process within IUPUI, loss of wages as Music Therapist, Military Retirement, pain and suffering, extreme emotional distress, mental anguish and turmoil, for acting with deliberate indifference towards his future and wellbeing. Also to deter engaging in future acts.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     15NOV23

Signature of Plaintiff     *[signature]*

Printed Name of Plaintiff     Joshwa Carlisle

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **15NOV23**

Signature of Plaintiff

Printed Name of Plaintiff   Joshwa Carlisle

Defendant No. 4
Name                             Joseph Wallace
Job or Title (if known)          Acting Dean
Street Address                   420 University Blvd
City and County                  Indianapolis Marion
State and Zip Code               Indiana 46202
Telephone Number                 3172745555
E-mail Address (if known)

Defendant No. 5
Name                             Debra Burns
Job or Title (if known)          Department Chair
Street Address                   420 University Blvd
City and County                  Indianapolis Marion
State and Zip Code               Indiana 46202
Telephone Number                 3172745555
E-mail Address (if known)

Defendant No. 6
Name                             Engineering & Technology Department IUPUI
Job or Title (if known)
Street Address                   420 University Blvd
City and County                  Indianapolis Marion
State and Zip Code               Indiana 46202
Telephone Number                 3172745555
E-mail Address (if known)

Defendant Names List
Indiana University Purdue University Indianapolis, IUPUI Board of Trustees, Pamela Whitten, Joseph Wallace, Debra Burns, Engineering & Technology Department IUPUI