UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHWA CARLISLE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| THE TRUSTEES OF INDIANA | ) Case No: 1:23-cv-02067-JRS-MJD |
| UNIVERSITY, PAMELA WHITTEN, JOSEPH | ) Honorable James R. Sweeney, II |
| WALLACE, DEBRA BURNS, et. el., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**FILED**
**06/09/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Response to Motion to Dismiss

I am writing to respectfully oppose the motion to dismiss filed by the defendant in the above-referenced case. Furthermore, I respectfully request a hearing to speak on record before any decision to dismiss the case is made.

In support of this opposition, I would like to respectfully highlight the following points:

1. **Merits of the Case**: The plaintiff firmly believes that the claims brought forth in this case have substantial merit. The evidence presented thus far, when viewed in the light most favorable to the plaintiff, clearly demonstrates the validity of the claims asserted. As per Courts order original claims from previous complaint has been included in amended complaint.
2. **Prejudice to the Plaintiff**: Granting the motion to dismiss at this stage of the proceedings would unduly prejudice the plaintiff. Dismissing the case without allowing the plaintiff the opportunity to fully present their case and arguments would be unjust and contrary to the principles of fairness and due process. Defendant's and Frank Martinez have misrepresented facts to the Department of Education thus denying Plaintiff the ability to seek justice by any other means.
3. **Interest of Justice**: It is in the interest of justice for this case to proceed to trial or further proceedings. Allowing the case to be dismissed without a hearing would deprive both parties of the opportunity to present their arguments fully and to have their day in court.
4. **Legal Precedents**: There exist legal precedents where courts have denied motions to dismiss in similar circumstances, recognizing the importance of allowing the parties to present their case fully before any decision on dismissal is made.

Considering the foregoing, I respectfully request that the Court schedule a hearing to allow the plaintiff the opportunity to be heard on this matter. This will enable the Court to consider the arguments of both parties fully and make an informed decision on the motion to dismiss. I am

truly honored to have this matter before the Court, and I appreciate its leniency and fairness while I attempt to advocate for myself. Defendant's Motion to Dismiss is merely a ploy to circumvent its duty to answer for failure to provide Plaintiff Due process which is required by law.

Very Respectfully,

08JUN24                                                                                                  /s/<u>Carlisle Joshwa V.</u>

                                                                                                         Carlisle, Joshwa V,

                                                                                                         Pro Se,