UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHWA CARLISLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-02067-JRS-MJD |
| ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR JULY 10, 2024**
**DISCOVERY CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Plaintiff Joshwa Carlisle appeared *pro se*, and Defendants appeared by counsel, for an in-person status conference that was scheduled at Plaintiff's request.

At the outset, the Court addressed Mr. Carlisle's "Reasonable Accommodation Request," which sought leave for his wife, Jewel N. Carlisle, "to sit next to, advocate for and communicate with, [Mr.] Carlisle during all court proceedings, meetings, depositions, hearings, and any related proceedings in this matter."  [Dkt. 39.]  The Court **GRANTED IN PART** Mr. Carlisle's request, to the extent that Mrs. Carlisle was allowed to sit next to him during **this conference**, and Mr. Carlisle was allowed to confer with her during the conference if necessary.  However, it was explained to Mr. Carlisle that, because Mrs. Carlisle is not an attorney admitted to practice in this court, she may not advocate for or otherwise represent him in any matters connected with this proceeding.

Mr. Carlisle orally requested that counsel be recruited to represent him in this matter. Mr. Carlisle was reminded that the Court had previously denied his Motion for Assistance with

Recruiting Counsel.  [Dkt. 17.]  However, Mr. Carlisle was advised that he could file a new Motion for Assistance with Recruiting Counsel if he believed he had additional information to support such motion that was not previously presented to the Court.

The Court and parties then addressed Plaintiff's Motion to Compel, which was based upon Defendants' alleged failure to timely respond to Plaintiff's written discovery.  [Dkt. 30.] The parties confirmed that those written responses had subsequently been provided, so the motion was **DENIED AS MOOT**.  Mr. Carlisle reported that he has issues with the responses he received; he was referred to Local Rule 37-1, and it was explained that he must first discuss those issues with Defendants' counsel in an effort to resolve them, and then must request a conference with the Magistrate Judge to discuss the disputes prior to filing a motion to compel. In addition, Mr. Carlisle was reminded that any motion to compel must attach the discovery requests and responses at issue in the motion.

The Court next addressed Plaintiff's Request for Service, [Dkt. 38], which was **DENIED AS MOOT**.  It was explained that the Court would work to effect service on any new Defendants after the Amended Complaint has been screened.

Mr. Carlisle asked about obtaining subpoenas to facilitate nonparty discovery.  Mr. Carlisle was referred to Federal Rule of Civil Procedure 45 and Local Rule 45-1 and advised that he could file a motion requesting endorsed but otherwise blank subpoenas, which he could use to serve nonparty requests.  [*See also* Dkt. 14 at 5.]

The conference concluded without further order.

Dated:  12 JUL 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.

Joshwa Carlisle
11640 High Grass Drive
Indianapolis, IN 46235