UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHWA CARLISLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-02067-JRS-MJD ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, et al., | ) ) ) ) |
| Defendants. | ) |

**MINUTE ENTRY FOR JULY 24, 2024**
**DISCOVERY CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Plaintiff appeared *pro se* and Defendants appeared by counsel for an in-person Discovery Conference. Following a discussion with the parties, Plaintiff was authorized to file a motion to compel Defendants to provide more complete responses to Plaintiff's written discovery requests if the parties are unable to resolve their dispute with the guidance provided by the Court.

Dated: 24 JUL 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.