UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSHWA CARLISLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-02067-JRS-MJD |
| | ) | |
| INDIANA UNIVERSITY PURDUE UNIVERSITY INDIANAPOLIS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On July 24, 2024, Defendants filed their response to Plaintiff's motion for sanctions. [Dkt. 47.] The certificate of service for that filing reads: "I hereby certify that on July 24, 2024, a copy of the foregoing was served electronically with the Clerk of Court using the CM/ECF system and Plaintiff will receive notification." *Id.* at 6. That is incorrect; because Plaintiff is proceeding *pro se* in this action, he does not receive CM/ECF notifications of filings. Plaintiff must be served in person, by mail, or by email, if he has consented to email service in writing. *See* Federal Rule of Civil Procedure 5.

**Within three days of the date of this Order**, Defendants shall properly serve Docket Number 47 on Plaintiff (if they have not done so already) and shall file an amended certificate of service that accurately sets forth how and when that service was accomplished. Plaintiff's reply in support of his motion for sanctions will be due seven days after service of Docket Number 47 as established by the amended certificate of service. *See* Local Rule 7-1(c)(3)(B).

SO ORDERED.

Dated: 29 JUL 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Joshwa Carlisle
11640 High Grass Drive
Indianapolis, IN 46235