UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHWA CARLISLE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No: 1:23-cv-02067-JRS-MJD |
| THE TRUSTEES OF INDIANA UNIVERSITY, PAMELA WHITTEN, AND JOSEPH WALLACE, | ) Honorable James R. Sweeney, II ) ) ) |
| Defendants. | ) ) |

### AFFIDAVIT OF MEGANNE MASKO

1. My name is Meganne Masko. I am over the age of 18 years and am not suffering from any disabilities that impede my ability to make this affidavit.
2. I have personal knowledge of the facts and matters below.
3. I am an Associate Professor at Indiana University –Indianapolis's Music Therapy Program.
4. I have reviewed Defendants' Summary Judgment Exhibits A-D.
5. I was personally involved with the creation of the emails contained in Defendants' Summary Judgment Exhibits A-D.
6. The emails contained in Defendants' Summary Judgment Exhibits A-D are correct, accurate, and true to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

_/s/ Meganne K. Masko_            12/17/2024
Meganne Masko                     Date