UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
04/14/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

| | |
|---|---|
| JOSHWA CARLISLE | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No: 1:23-cv-02067-JRS-MJD |
| THE TRUSTEES OF INDIANA UNIVERSITY, PAMELA WHITTEN, AND JOSEPH WALLACE, | ) Honorable James R. Sweeney, II<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**REQUEST FOR IMMEDIATE RELIEF**

**COMES NOW** the Plaintiff, Joshwa Von Carlisle, pro se, and respectfully submits this Motion for Immediate Relief, and in support thereof, states the following:

**I. Introduction**

1. The Plaintiff, a U.S. military veteran, has been unlawfully deprived of benefits awarded to him by the United States Government in recognition of his honorable military service, namely the GI Bill benefits. The full amount of the Plaintiff's GI Bill was directed to Indiana University Purdue University Indianapolis (IUPUI) for the completion of his bachelor's degree.

2. On or about May 30, 2023, Plaintiff was expelled from the Engineering and Technology Department at IUPUI, without just cause or due process. Plaintiff was not notified of the expulsion nor offered any hearing, thus

depriving him of his right to present evidence in his defense. Plaintiff only became aware of the expulsion during the process of filing a complaint with the Department of Education.

3. As a veteran, Plaintiff believes that his status should have afforded him specific protections against such an unjust expulsion. Under federal law, veterans are entitled to protection from discrimination and unfair treatment in educational settings. The failure of Defendants to follow proper procedures and offer Plaintiff due process constitutes a violation of these protections. Specifically, under laws such as the **Veterans' Readjustment Assistance Act (VRAA)** and other protections for veterans, institutions are required to accommodate and protect veterans from adverse actions, including academic expulsions, without due process.

4. Defendants have failed to award Plaintiff his degree, despite the fact that he completed all academic requirements, with the exception of the internship requirement. The internship requirement, necessary for licensure eligibility, is unreasonable and unethical, particularly given the circumstances of Plaintiff's expulsion.

5. As a result of these actions, Plaintiff has suffered significant damages, including loss of the educational benefits paid by the United States Government and damage to his reputation.

6. Additionally, the debt incurred for Plaintiff's education, which was not properly completed due to the wrongful expulsion, has negatively impacted

Plaintiff's credit. This debt has caused a substantial decline in his credit score, making it impossible for him to access financial opportunities that would otherwise be available, including using his VA Loan benefit. The Plaintiff's inability to use the VA Loan due to these unresolved debts has caused further financial harm, including the inability to purchase a home or secure favorable financing for future needs.

7. Plaintiff has been seeking employment to support himself and his family but has faced significant barriers due to his educational situation and high school education. He is currently on the verge of homelessness due to his inability to secure stable work. Given these extreme circumstances, Plaintiff is facing an urgent need for relief.

8. Plaintiff has approached multiple government agencies, including the Department of Education, EEOC, the VA, and the Department of Labor, to address this matter. Unfortunately, none of these agencies have offered any meaningful assistance or conducted a meaningful investigation. Plaintiff has exhausted these remedies without receiving adequate support, prompting this request for immediate judicial intervention.

9. This Motion for Relief is made not only because of the ongoing damages Plaintiff is facing, but also due to the uniqueness and gravity of this case. Plaintiff believes this case may set a new precedent for how educational institutions and government-affiliated entities treat veterans and their rights. The Defendants, acting as government officials, have further elevated

the harm to Plaintiff, as their actions have violated both his rights as a student and his rights as a veteran.

## II. Legal Basis for Immediate Relief

Plaintiff respectfully requests the following relief from this Court:

### 1. Order Requiring Defendants to Provide Proof of Debt

Plaintiff requests that the Court issue an order requiring Defendants to provide a written statement to all relevant parties and potential creditors that Plaintiff is no longer liable for the alleged debt incurred for the procurement of his education at IUPUI. Despite evidence that Plaintiff was wrongfully expelled, Defendants are now unlawfully arguing that Plaintiff is not entitled to receive the degree for which the GI Bill funds were paid.

It is well-established that a student who has completed all academic requirements, absent some clear violation or breach of contract, is entitled to receive the degree upon completion of the program. The actions of the Defendants in withholding the degree are discriminatory and unsupported by the facts.

### 2. Order Requiring Defendants to Refund the GI Bill Payments

Plaintiff requests that the Court issue an order requiring Defendants to repay the full amount of the GI Bill payments received on Plaintiff's behalf for the completion of his education. These payments, which Plaintiff earned through his honorable

military service, were paid to IUPUI in exchange for the promise of an education. However, due to wrongful expulsion and the withholding of the degree, Defendants have unjustly retained these funds.

### 3. Order Requiring PACER to Waive Plaintiff's Fees

Plaintiff respectfully requests that the Court issue an order requiring the PACER (Public Access to Court Electronic Records) service to waive Plaintiff's fees for accessing case records. Due to the ongoing damages Plaintiff is incurring from the wrongful expulsion and subsequent legal proceedings, Plaintiff is unable to afford the costs associated with accessing the case records. The inability to access case records hinders Plaintiff's ability to adequately prepare and present his case.

### 4. Request for Hearing on Sanctions

Plaintiff would like to remind the Court of his pro se status and the numerous difficulties he has faced throughout these proceedings. Plaintiff's requests for an attorney and a hearing to discuss sanctions have been denied. Plaintiff believes that the denial of the hearing was made in error, as the circumstances warrant a discussion on the potential sanctions against the Defendants for their actions. Plaintiff respectfully asks the Court to reconsider its position and grant a hearing to address this matter.

### III. Conclusion

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

1. An order requiring Defendants to provide proof of debt discharge to all relevant parties.
2. An order requiring Defendants to repay the GI Bill funds received on Plaintiff's behalf to the Plaintiff.
3. An order directing PACER to waive Plaintiff's fees for accessing case records.
4. A reconsideration and subsequent approval of Plaintiff's request for a hearing on sanctions.

Additionally, Plaintiff requests any other relief deemed appropriate by this Court.

**Respectfully,**

/s/ Carlisle, Joshwa V.
Carlisle Joshwa V.
Pro Se'
11640 High Grass Dr.
Indianapolis, IN. 46235
Phone: (317) 217-4555
Email: joshcarlisle60@gmail.com