UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHWA CARLISLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-02067-JRS-MG |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) |
| PAMELA WHITTEN President, | ) |
| JOSEPH WALLACE, | ) |
| | ) |
| Defendants. | ) |

## Final Judgment

Plaintiff Joshwa Carlisle shall take nothing by way of his Amended Complaint. This action is dismissed with prejudice.  This is a final judgement under Federal Rule of Civil Procedure 58.  This case is closed.

Date: 9/30/2025

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

JOSHWA CARLISLE
11640 High Grass Drive
Indianapolis, IN 46235

Myekeal D Wynn, Jr
Not Applicable
myekeal@gmail.com